*Reed,* Assistant Attorney General *Blair* and *Mr. Aubrey Lawrence* for the United States.

No. 583. CHANDLER, RECEIVER, *v.* PEKETZ. December 23, 1935. Petition for writ of certiorari to the Supreme Court of Colorado granted. *Messrs. Harry S. Silverstein* and *Harold F. Collins* for petitioner. No appearance for respondent.

No. 602. NEW YORK LIFE INSURANCE Co. *v.* VIGLAS. December 23, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Messrs. Louis H. Cooke, Frederick H. Nash,* and *Claude R. Branch* for petitioner. *Mr. Harris J. Booras* for respondent.

No. 636. CARTER *v.* CARTER COAL CO. ET AL.; and No. 651. HELVERING, COMMISSIONER OF INTERNAL REVENUE, ET AL. *v.* CARTER ET AL. December 23, 1935. Petitions for writs of certiorari to the United States Court of Appeals for the District of Columbia granted. *Messrs. Frederick H. Wood, William D. Whitney,* and *Richard H. Wilmer* for Carter. *Mr. Karl J. Hardy* for Carter Coal Co. *Solicitor General Reed* for the Commissioner.

No. 649. R. C. TWAY COAL CO. ET AL. *v.* GLENN. December 23, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. Charles I. Dawson* for petitioners. *Solicitor General Reed* and *Assistant Attorney General Dickinson* for respondent.